# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

JUDGE:  Sean D. Jordan

COURT REPORTER:
Gayle Wear

COURTROOM DEPUTY:
Bonnie Sanford

**SECURITIES AND EXCHANGE COMMISSION**

v.                                                                                    Case No. 4:23cv885

**KRISHNAN, ET AL**

PLAINTIFF:  Clemon Ashley, Keefe Bernstein, Jason Reinsch, Samantha Martin

DEFENDANT: Leslye Moseley, David Clouston

    **This day came the parties and by their attorneys the following proceedings were held before Judge Sean D. Jordan in Plano, Texas on 11/30/2023.**

**Preliminary Injunction Hearing**

| Time | Event |
|---|---|
| 8:11 am | The court called the case, noting the appearance of counsel and parties. |
| 8:12 am | Court and counsel discuss how the hearing will proceed. |
| 8:18 am | Court recessed for 10 minutes. |
| 9:08 am | Court resumes. Mr. Bernstein addresses the court regarding an agreement that has been reached. |
| 9:11 am | Mr. Clouston addresses the court. |
| 9:13 am | Court and counsel continue to discuss an agreement. |
| 9:25 am | Court recessed. |
| 10:26 am | Court resumes. |

| | |
|---|---|
| 10:28 am | Court and counsel discuss the proposed order. |
| 10:31 am | Court recessed. |
| 11:10 am | Court resumes.  Court and counsel discuss the agreed preliminary injunction. |
| 11:11 am | The Court will enter the order today. |
| 11:13 am | Court adjourned. |