UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION | § § § | |
| Plaintiff, | § § | |
| V. | § § § | C.A. NO.: 4:23-cv-00885-SDJ |
| GOPALA KRISHNAN, MANIVANNAN SHANMUGAM, SAKTHIVEL PALANI GOUNDER, NANBAN VENTURES LLC, GSM ETERNAL LLC (A/K/A NORTHSTARS FINTECH), HIMALAYAN FINTECH LLC, AND CENTUM FINTECH LLC (A/K/A SUNSHINES FINTECH), | § § § § § § § § § | |
| Defendants. | § | |

### [PROPOSED] ORDER GRANTING DEFENDANTS' EMERGENCY MOTION FOR EXPEDITED RESPONSE PERIOD

Defendants Gopala Krishnan, Manivannan Shanmigam, Sakthivel Palani Gounder, Nanban Ventures LLC, GSM Eternal LLC (k/a/a Northstars Fintech), Himalayan Fintech LLC, and Centrum Fintech LLC (a/k/a Sunshines Fintech) filed their Emergency Motion for Expedited Response Period. Having considered the Motion, the Court is of the opinion that it should be GRANTED.

IT IS THEREFORE ORDERED that Plaintiff shall have three (3) days from the date of this Order to respond to the Defendants' Emergency Motion to Dissolve, or Alternatively, Modify the Court's Asset Freeze Order.

IT IS THEREFORE ORDERED that Defendants shall have three (3) days from the date of the filing of Plaintiff's Response to reply to the Response to Defendants' Emergency Motion to Dissolve, or Alternatively, Modify the Court's Asset Freeze Order.

_____
Judge Presiding