UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION | § § § | |
| v. | § | CIVIL NO. 4:23-CV-885-SDJ |
| GOPALA KRISHNAN, ET AL. | § § § | |

### ORDER

Before the Court is Defendants' Emergency Opposed Motion for Expedited Response Period. (Dkt. #66). It is **ORDERED** that Plaintiff shall file a response to Defendants' Emergency Opposed Motion for Expedited Response Period, (Dkt. #66), by no later than **Wednesday, January 31, 2024.**

**So ORDERED and SIGNED this 30th day of January, 2024.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE