UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>GOPALA KRISHNAN, MANIVANNAN SHANMUGAM, SAKTHIVEL PALANI GOUNDER, NANBAN VENTURES LLC, GSM ETERNAL LLC (A/K/A NORTHSTARS FINTECH), HIMALAYAN FINTECH LLC, and CENTUM FINTECH LLC (A/K/A SUNSHINES FINTECH),<br><br>Defendants. | C.A. No.: 4:23-CV-885-SDJ<br><br>Jury Trial Demanded |

## AGREED MOTION TO STAY

Plaintiff Securities and Exchange Commission ("SEC" or "Commission"), Defendants Gopala Krishnan, Manivannan Shanmugam, and Sakthivel Palani Gounder ("Founders"), and Defendants Nanban Ventures LLC ("Nanban Ventures"), GSM Eternal LLC (a/k/a Northstars Fintech), and Himalayan Fintech LLC, and Centum Fintech LLC (a/k/a Sunshines Fintech) ("Receivership Defendants") file this Agreed Motion to Stay this proceeding.

The SEC, the Founders, and Anthony Box, the Court-appointed Receiver ("Receiver") (collectively, the "Parties"), have reached a settlement in principle that would resolve the SEC's action against the Founders and the Receivership Defendants. The Parties agree that the case should be stayed while the parties work to finalize documentation of the settlement and the SEC's counsel seeks Commission approval of the settlement. In support of this request, the parties state as follows.

1. On October 5, 2023, the SEC filed its Complaint alleging that the Founders and the Receivership Defendants violated the federal securities laws. [Dkt. No. 1]

2. On November 30, 2023, the Court entered an Agreed Preliminary Injunction and Asset Freeze. [Dkt. No. 49]

3. On March 7, 2024, the Court entered an Omnibus Order that, among other things, appointed the Receiver ("Receivership Order"). [Dkt. No. 91]

4. On June 21, 2024, and October 18, 2024, the Parties held two in-person mediation sessions with the Honorable United States Magistrate Judge Aileen Goldman Durrett. As a result of those mediations, and follow up settlement negotiations, the Parties have reached a settlement in principle that would resolve this litigation and leave only the Receiver's efforts to be resolved before this case can be closed.

5. However, the SEC's staff cannot agree to a final settlement without first obtaining authorization from the commissioners of the SEC, and such authorization must be obtained before the Parties can present the settlement to the Court for approval.

6. The SEC anticipates that it will take approximately 45 days to seek that authorization, provided that the Parties are able to finalize the settlement documentation within approximately the next week.

7. Accordingly, in the interests of judicial efficiency and economy, the Parties jointly move the Court to stay the case, including upcoming case deadlines, while the Parties work to finalize the settlement documentation and the SEC's counsel seeks approval for the proposed settlement. The requested stay shall not preclude the Receiver from performing the duties and obligations, and from exercising the powers and rights, set forth in the Receivership Order.

8. In the event that the Parties fail to finalize the settlement documentation or the

Commission does not approve the proposed settlement, the Parties will promptly report this back to the Court along with a proposed plan for moving forward.

9. This motion is not filed for the purpose of delay but so that justice may be done.

Dated: November 13, 2024

Respectfully submitted,

*/s/ Keefe Bernstein*
Keefe Bernstein
Texas Bar No. 24006839
Jason P. Reinsch
Texas Bar No. 24040120
Direct Phone: (817) 900-2601
Securities and Exchange Commission
801 Cherry Street, Suite 1900
Fort Worth, TX 76102
bernsteink@sec.gov
reinschj@sec.gov

*Counsel for Plaintiff*


*/s/ David Clouston*
Michael J. Edney
Virginia Bar No. 48253
DC Bar No. 492024 (admitted to EDTX)
medney@huntonak.com
HUNTON ANDREWS KURTH LLP
2200 Pennsylvania Avenue NW
Washington, DC 20037
Phone: (202) 955-1500

David Clouston
Texas Bar No. 00787253
(214) 741-3005
Sessions, Israel & Shartle, LLP
900 Jackson Street, Suite 440
Dallas, Texas 75202
dclouston@sessions.legal

*Counsel for Defendants Gopala Krishnan, Manivannan Shanmugam, and Sakthivel Palani Gounder*

*/s/ London England*
Chris Davis
State Bar No. 24050483
London England
State Bar No. 24110313
GRAY REED
1601 Elm Street, Suite 4600
Dallas, Texas 75201
Telephone:  (214) 954-4135
cdavis@grayreed.com
lengland@grayreed.com

*Counsel for Receiver Anthony Box*

## CERTIFICATE OF CONFERENCE

On November 12 and 13, 2024, counsel for the Plaintiff conferred with counsel for the individual Defendants and counsel for the Receiver, who have agreed to the relief sought herein.

*/s/ Keefe Bernstein*
Keefe Bernstein

## CERTIFICATE OF SERVICE

I certify that on November 13, 2024, I caused the foregoing to be electronically submitted with the clerk of court for the U.S. District Court, Eastern District of Texas, using the electronic case filing system of the court.

*/s/ Keefe Bernstein*
Keefe Bernstein