UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>GOPALA KRISHNAN, MANIVANNAN SHANMUGAM, SAKTHIVEL PALANI GOUNDER, NANBAN VENTURES LLC, GSM ETERNAL LLC (A/K/A NORTHSTARS FINTECH), HIMALAYAN FINTECH LLC, and CENTUM FINTECH LLC (A/K/A SUNSHINES FINTECH),<br><br>Defendants. | C.A. No.: 4:23-CV-885-SDJ<br><br>Jury Trial Demanded |

**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S
RESPONSE TO NON-PARTY FIRST UNITED BANK'S AMENDED
MOTION TO (I) LIFT ASSET FREEZE, (II) SELL PROPERTY, AND
(III) APPLY FUNDS IN THE INTEREST RESERVE ACCOUNT**

Plaintiff Securities and Exchange Commission ("SEC") files this response to Non-party First United Bank's ("FUB") Amended Motion to (I) Lift Asset Freeze, (II) Sell Property, and (III) Apply Funds in Interest Reserve Account (the "Sale Motion"), and respectively shows the Court as follows:

FUB is seeking Court approval to sell the Property described in the Sale Motion. The SEC does not oppose the sales process or payment framework that FUB proposes in the Sale Motion and to which the Receiver has now agreed. *See* Dkt. 332 at 2. The SEC takes no position on the disagreement between FUB and the Receiver on the timeline to complete that process—i.e., December 12, 2025 *vs.* January 7, 2026.

Dated: December 8, 2025                    Respectfully submitted,

*/s/ Keefe Bernstein*
Keefe Bernstein
Texas Bar No. 24006839
Securities and Exchange Commission
801 Cherry Street, Suite 1900
Fort Worth, TX 76102
(817) 900-2607
bernsteink@sec.gov

Counsel for Plaintiff
Securities and Exchange Commission

## CERTIFICATE OF SERVICE

I certify that on December 8, 2025, I caused the foregoing to be electronically filed with the Clerk of the U.S. District Court for the Eastern District of Texas, Sherman Division, by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.

*/s/ Keefe Bernstein*
Keefe Bernstein