UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION | § § § | |
| Plaintiff, | § § § | |
| V. | § § | C.A. NO.: 4:23-cv-00885-SDJ |
| GOPALA KRISHNAN, MANIVANNAN SHANMUGAM, SAKTHIVEL PALANI GOUNDER, NANBAN VENTURES LLC, GSM ETERNAL LLC (A/K/A NORTHSTARS FINTECH), HIMALAYAN FINTECH LLC, AND CENTUM FINTECH LLC (A/K/A SUNSHINES FINTECH), | § § § § § § § § | JURY TRIAL DEMANDED |
| Defendants. | § | |

## DEFENDANT KRISHNAN AND GOUNDER'S JOINDER WITH RECEIVER'S RESPONSE TO FIRST UNITED BANK'S AMENDED MOTION TO (I) LIFT ASSET FREEZE, (II) SELL PROEPRTY, AND (III) APPLY FUNDS IN THE INTEREST RESERVE ACCOUNT

Defendants Gopala Krishnan ("Krishnan") and Sakthivel Palani Gounder ("Gounder") submit this Joinder with *Receiver's Response to First United Bank's Amended Motion to (I) Lift Asset Freeze, (II) Sell Property, and (III) Apply Funds in the Interest Reserve Account* [Doc. 332] as follows:

Defendants join in Receiver's request to extend the time period for the proposed disposition of the Georgetown Property ("Sale Deadline") for thirty (30) days from the date of this filing to allow the Receiver and FUB to fully consider the alternative—and potentially more lucrative offer —related to the LOI.

Dated:   December 8, 2025

Respectfully submitted,

*/s/ Leslye E. Moseley*
David R. Clouston, Texas Bar No. 00787253
Leslye E. Moseley, Texas Bar No. 24044557

**Sessions Israel & Shartle, LLC**
900 Jackson Street, Suite 440
Dallas, Texas 75202
Telephone:   214-741-3001
Facsimile: 214-741-3055
dclouston@sessions.legal
lmoseley@sessions.legal

**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been sent via ECF on this 8th day of December, 2025 via the Court's CM/ECF System to all counsel of record.

*/s/ David R. Clouston*
David R. Clouston